**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| LORI POTTS, *et al.*, | : | Case No. 3:25-cv-243 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| | : | District Judge Walter H. Rice |
| vs. | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| DYLAN SPENCER JACKSON, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

---

**NOTICE OF DEFICIENCY AND ORDER**

---

This matter is before the Court upon a *sua sponte* review for compliance with Federal Rule of Civil Procedure 7.1(a)(2).  Neither Plaintiffs nor Defendants Dylan Spencer Jackson and Tri-State Forest Logistics, LLC have filed a diversity disclosure statement as required by that Rule.[1] Plaintiffs and Defendants Dylan Spencer Jackson and Tri-State Forest Logistics, LLC are therefore **ORDERED** to file such a statement no later than thirty days from the date of this Order.  A sample "Diversity of Citizenship Disclosure Statement" is available on the Court's website.[2]

**IT IS SO ORDERED.**

July 17, 2025                                    *s/Peter B. Silvain, Jr.*
                                                Peter B. Silvain, Jr.
                                                United States Magistrate Judge

---

[1] Defendant Tri-State Forest Logistics, LLC is a limited liability company.  As such, its citizenship for purposes of diversity jurisdiction is determined by the citizenship of its members and sub-members.  *See Akno 1010 Market St. St. Louis Mo. LLC v. Pourtaghi*, 43 F.4th 624, 626 (6th Cir. 2022) (citing *Delay v. Rosenthal Collins Grp., LLC*, 585 F.3d 1003, 1005 (6th Cir. 2009); *B&N Coal, Inc. v. Blue Race Midstream, LLC*, No. 19-4111, 2020 WL 9474311, at *1 (6th Cir. Dec. 2, 2020)).

[2] https://www.ohsd.uscourts.gov/ohio-southern-district-forms